UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIU INSURANCE COMPANY<br><br>Plaintiff,<br><br>- and -<br><br>BOTHNIA INTERNATIONAL INSURANCE COMPANY LIMITED and LANSFORSAKRINGBOLAGENS AB,<br><br>Defendants. | Case No.:   1:21-cv-5164 |

**NOTICE OF PETITION UNDER THE FEDERAL ARBITRATION ACT
TO CONFIRM ARBITRATION AWARD**

PLEASE TAKE NOTICE that, upon the accompanying Petition Under the Federal Arbitration Act to Confirm Final Arbitration Award dated June 10, 2021, the accompanying Declaration of Thomas D. Cunningham dated June 10, 2021 and the exhibits thereto, and the accompanying Memorandum of Law dated June 10, 2021, Plaintiff AIU Insurance Company ("AIU"), by the undersigned attorneys, hereby petitions this Court, pursuant to 9 U.S.C. §§ 9 and 13, for an order confirming the arbitration award dated January 15, 2021, and for such relief as is deemed just and proper.

Pursuant to Local Civil Rule 6.1(b) of this Court, responsive papers, if any, must be served on the undersigned within fourteen days of the service hereof.

269440602v.1

Dated: New York, New York
June 10, 2021

Respectfully submitted,

SIDLEY AUSTIN LLP

*/s/ Barry W. Rashkover*
Barry W. Rashkover
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
brashkover@sidley.com

Thomas D. Cunningham
(*pro hac vice* application forthcoming)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
tcunningham@sidley.com

*Counsel for Plaintiff
AIU Insurance Company*

269440602v.1