**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AIU INSURANCE COMPANY,

                Petitioner,                21 **CIVIL** 5164 (VEC)

       -against-                      **JUDGMENT**

BOTHNIA INTERNATIONAL INSURANCE
COMPANY LIMITED and
LANSFORSAKRINGBOLAGENS AB,

                Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 2, 2021, AIU's Petition to confirm the arbitration award is GRANTED. Judgment is entered for Petitioner in the amount of $836,032 in damages and interest at a rate of 3 percent commencing 90 days from the date such amount or part thereof was first billed until paid by Respondents; accordingly, the case is closed**.**

**Dated**: New York, New York
       August 2, 2021

                                        **RUBY J. KRAJICK**
                                            **Clerk of Court**
                  **BY:** _____
                                             **Deputy Clerk**